UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

RENEE CHANDLER,

        Plaintiff,

v.

BLUESTEM BRANDS D/B/A
FINGERHUT,

        Defendant.

Case No.: 1:17-cv-03161-ERK-SJB

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

_____
Philip A. Goldstein Esq.
McGuireWoods LLP
1345 Avenue of the Americas 7th Floor
New York NY 10105
Phone: (212) 548-2167
Email: pagoldstein@mcguirewoods.com
Attorney for the Defendant

Date: December 13, 2017

_____
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: December 13, 2017

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of December, 2017:

Philip A. Goldstein Esq.
McGuireWoods LLP
1345 Avenue of the Americas 7th Floor
New York NY 10105
Phone: (212) 548-2167
Email: pagoldstein@mcguirewoods.com


Erin L. Hoffman Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402

Seth A. Schaeffer, Esq.
800 East Canal Street
Richmond VA 23219
Phone: (804) 775-1174
Email: sschaeffer@mcguirewoods.com

/s/ *Craig Thor Kimmel*
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff